and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Dowling, J., dissenting and voting to reverse the judgment and grant a new trial upon the ground that the implied finding of the jury that at the time of the accident the chauffeur was engaged in the business of his employer is against the weight of the evidence.

SIMON LEDERER, Respondent, v. J. ROBINSON DUFF and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

SIMON LEDERER, Respondent, v. J. ROBINSON DUFF and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. · Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

GEORGINA LE VIEN, Appellant, v. NATIONAL CLOAK AND SUIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

SECURITIES ACCEPTANCE CORPORATION, Respondent, v. E. M. KANE COMPANY, INC., and Others, Impleaded with GRACE HUMISTON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JESSE J. SCHAMBERG, Respondent, v. WILLARD S. BURROWS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent, v. WILLIAM GUGGENHEIM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PARKE ASHBURN & COMPANY, Appellant, v. CROWELL & THURLOW STEAMSHIP COMPANY, INC., a Corporation, and Others, Impleaded with LEWIS K. THURLOW and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PARKE ASHBURN & COMPANY, Appellant, v. CROWELL & THURLOW STEAMSHIP COMPANY, INC., a Corporation, and Others, Impleaded with HOULDER, WEIR & BOYD, INC., a Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN S. MURPHY and Others, Appellants, v. CHARLES RECHT and Another, as Executors, etc., of JOSEPH KRAUS, Deceased, and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN DAY, Respondent, v. C. W. KLAPPERT'S SONS, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $7,656.37; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MARY MCCAFFREY, an Infant, by THOMAS MCCAFFREY, Her Guardian ad Litem, Appellant, v. L. M. BLUMSTEIN, INC., Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.